Filed 9/22/21  P. v. Mosley CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JAMAL HISON MOSLEY,<br><br>    Defendant and Appellant. | 2d Crim. Nos. B310255, B310256<br>(Super. Ct. Nos. LA090591, LA090947)<br>(Los Angeles County) |

Jamal Hison Mosley appeals from the judgment after he pled no contest to two counts of first degree burglary (Pen. Code, § 459)[1] and admitted a prior "strike" conviction (§§ 667, subd. (e)(1), 1170.12, subd. (c)(1)).  The appeal is based on the sentence and does not affect the validity of the plea.  (Cal. Rules of Court, rule 8.304(b)(4)(B).)

In May 2019, Mosley and codefendants entered several residences and took jewelry, cash, computers, firearms,

---

[1] Further unspecified statutory references are to the Penal Code.

and other items.

Mosley was charged in case LA090591 with one count of first degree residential burglary (§ 459) with a gang enhancement (§ 186.22, subd. (b)(1)(B)). He was charged in case LA090947 with five counts of first degree residential burglary. The complaints in both cases alleged prior offenses pursuant to sections 667, subdivision (a)(1); 667, subdivisions (b) through (j) and 1170.12; 667.5, subdivision (b); and 1203, subdivision (e)(4).

In each case, Mosley pled no contest to one count of first degree burglary and admitted a prior burglary "strike" conviction. The parties and the court agreed that in each case, Mosley would be sentenced to six years in prison, doubled to 12 years based on the "strike," the sentences in the two cases to run concurrently, and the other counts would be dismissed.

As provided in the plea agreement, the court sentenced Mosley to concurrent 12 year prison terms. He received custody credit of 372 days in case LA090591 and 376 days in case LA090947. The court imposed a $300 restitution fine (§ 1202.4, subd. (b)), $80 in court operations assessments (§ 1465.8, subd. (a)(1)), and $60 in conviction assessments (Gov. Code, § 70373).

We appointed counsel to represent Mosley in this appeal. After counsel's examination of the record, counsel filed an opening brief raising no issues. On June 29, 2021, we advised Mosley that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that counsel has fully complied with their responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d

2

436, 441.)

The judgments are affirmed.

<u>NOT TO BE PUBLISHED.</u>


TANGEMAN, J.


We concur:


YEGAN, Acting P. J.


PERREN, J.

Terrance T. Lewis, Judge

Superior Court County of Los Angeles

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.